# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL

JOHN JACOB RIECK, JR.
JOHN F. KALEY
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

MEMO ENDORSED

April 24, 2023    4/25/23

OK

*[signature]*

**By ECF Filing**
Hon. Colleen McMahon
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Raul Rivera v. United States*
Docket No. 23 Cv. 768 (CM) and 98 Cr. 290 (CM)

Dear Judge McMahon:

I represent the plaintiff (and defendant) Raul Rivera in the above-referenced matters. I write now to request that the time to respond to the Government's opposition to the 2255 Petition be extended for an additional 30 days to May 24, 2023.

The additional time is needed to review the matter with Mr. Rivera and to prepare a Reply and to visit Mr. Rivera at FCI Schuylkill, which because of commitments in other matters for CJA and non-CJA clients I have been unable to do.

In addition, last week I received a copy of a *pro se* motion for compassionate release filed by Mr. Rivera. I also would like the additional time to review that matter with him and to supplement his *pro se* submission. I anticipate being able to complete a Reply regarding the 2255 Petition and to prepare a supplement to the Compassionate Release motion by May 24, 2023.

I have communicated with AUSA Gillian Grossman regarding these requests and am authorized to represent that the Government consents to these requests being granted.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
4/25/23

Thank you for the Your Honor's consideration of these requests.

Respectfully submitted,

*John F. Kaley*

John F. Kaley

cc: AUSA Gillian Grossman
    AUSA Alexandra Messiter
    (both via ECF filing)