## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL

JOHN JACOB RIECK, JR.
JOHN F. KALEY
MICHAEL MINNEFOR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2023

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

MEMO ENDORSED

July 13, 2023

7/13/23

OK

[signature] Colleen McMahon

**By ECF Filing**
Hon. Colleen McMahon
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Raul Rivera v. United States*
Docket No. 23 Cv. 768 (CM) and 98 Cr. 290 (CM)

Dear Judge McMahon:

I represent the petitioner (and defendant) Raul Rivera in the above-referenced matters. I write now to request that the time to respond to the Government's opposition to the 2255 Petition be extended for 3 additional business days from July 14, 2023 to July 19, 2023.

Earlier today I filed my supplement to Mr. Rivera's *pro se* motion for a reduction of his sentence, but now need a few extra days to complete Mr. Rivera's Reply to the Government's opposition to Mr. Rivera's 2255 Petition. Today I also filed a sentencing memorandum in another case for a CJA client and have another sentencing memorandum for yet another CJA client due on July 19th. For these reasons, I need the few extra days to complete Mr. Rivera's Reply to the Government's opposition to the 2255 Petition.

I have communicated with AUSA Alexandra Messiter regarding this request and am authorized to represent that the Government has no objection to this request being granted.

Thank you for the Your Honor's consideration of this request.

Respectfully submitted,

John F. Kaley

cc: AUSA Alexandra Messiter
 (via ECF filing)