## DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL

JOHN JACOB RIECK, JR.
JOHN F. KALEY
e-mail: firm@doarlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____4/8/26____

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
website: www.doarlaw.com

April 8, 2026

4/8/26

OK

*[signature]*

**By ECF Filing**
Hon. Colleen McMahon
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Raul Rivera v. United States*
      Docket No. 23 Cv. 768 (CM) and 98 Cr. 290 (CM)

Dear Judge McMahon:

I represent the defendant Raul Rivera in the above-referenced matter. A motion for a sentencing reduction has been filed and has been opposed by the Government. Mr. Rivera's Reply is due on April 9, 2026. I write to request that the time to submit a Reply be extended two weeks to April 23, 2026. The reason for the request is that Mr. Rivera has asked that I send him a copy for his review before filing. As he has been actively involved in this motion, I would like to accommodate that request. AUSA Alexandra Messiter consents to the two week extension requested.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*[signature]*

John F. Kaley

cc: AUSA Messiter (via ECF filing)